UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, §<br>§<br>Plaintiffs, §<br>§<br>vs. §<br>§<br>ERNESTO HERNANDEZ, §<br>§<br>Defendant. § | Case No.: 4:07-cv-00892 |

# DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1.  Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand Two Hundred Dollars ($5,250.00).

2.  Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Damien," on album "It's Dark And Hell Is Hot," by artist "DMX" (SR# 252-613);

- "Guess Who's Back," on album "18th Letter: The Book of Life," by artist "Rakim" (SR# 250-129);

- "Hate Me Now," on album "I Am," by artist "Nas" (SR# 175-149);

- "I'm A Thug," on album "Thugs Are Us," by artist "Trick Daddy" (SR# 303-748);

- "One Mic," on album "Stillmatic," by artist "Nas" (SR# 305-698);

- "Jaula De Oro," on album "16 Super Exitos," by artist "Los Tigres Del Norte" (SR# 124-249);

- "La Puerta Negra," on album "Gracias America!," by artist "Los Tigres Del Norte" (SR# 149-924);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that

Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

SIGNED: July 18, 2007      By: _____
Honorable Gray H. Miller
United States District Judge